# EXHIBIT A

# OPT-IN CONSENT FORM

Action for Unpaid Overtime Compensation against
Inman's Auto Rescue LP, Inman's Auto Rescue of Colorado, LLC, and Michael K. Inman

**Complete & Mail, Facsimile or Email To:**
INMAN'S AUTO RESCUE OVERTIME LITIGATION
ATTN: ERIC LECHTZIN
BERGER & MONTAGUE, P.C.
1622 LOCUST STREET
PHILADELPHIA, PA 19103
Email: elechtzin@bm.net
Phone: (215) 875-3033
Fax: (215) 875-4604

| Name: DANIEL H. JOHNSON | Phone Number: [redacted] |
|---|---|
| Address: [redacted] | Personal Email Address: [redacted] |

## CONSENT TO JOIN COLLECTIVE ACTION

**Pursuant to Fair Labor Standards Act, 29 U.S.C. § 216(b)**

1. I consent and agree to pursue my claims arising out of alleged violations of the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq*. in connection with the above-referenced action.

2. I have worked for Inman's Auto Rescue LP Inman's, Auto Rescue of Colorado, LLC, and Michael K. Inman (collectively, "Defendants" or "Inman's"), in (**states(s)**) _Colorado_ from on or about (**dates(s)**) _May 2015_ to _June 2017_ on or about (**dates(s)**).

3. I have worked for Defendants in excess of 40 hours in at least one workweek and have not received any overtime compensation.

4. I understand that this action is brought under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq*. I hereby agree and opt-in to become a Plaintiff herein and be bound by any judgment of the Court or any settlement of this action.

5. I specifically authorize Berger & Montague, P.C. as my agent to prosecute this action on my behalf and to negotiate a settlement of any and all claims I have against the Defendant(s) in this case.

| 6/15/2017 | *Dan Johnson* |
|---|---|
| (Date Signed) | (Signature) |

**\*\*IMPORTANT NOTE\*\***
**Statute of Limitations concerns mandate that you return this form as soon as possible to preserve your rights.**